# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

Kathleen Sheridan

                              Plaintiff,

v.                                          Case No.: 1:04–cv–08184
                                            Hon. James B. Zagel

Argosy University, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 4, 2006:

     MINUTE entry before Judge James B. Zagel :MOTION by Plaintiff Kathleen Sheridan to agreed motion dismiss with prejudice [29] is granted. Case is dismissed with prejudice and without costs. Civil case terminated.(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.